FILED
2012 Jun-13 PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WESLEY PHILLIPS, | } | |
| | } | |
| Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 11-AR-2651-S |
| | } | |
| SALLIE MAE, INC., | } | |
| | } | |
| Defendant. | } | |

**ORDER**

The court having been informed that the parties in the above-entitled action have reached a settlement, the action is hereby DISMISSED WITH PREJUDICE. The parties shall have **fourteen (14) days** from the date of this order within which to request the substitution of a modified stipulated final judgment. The pretrial set on June 14, 2012, is CANCELLED.

The parties shall bear their own respective costs.

DONE this 13th day of June, 2012.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE