FILED
2012 Jul-09 PM 02:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**WESLEY PHILLIPS,**

**Plaintiff,**

**v.**

**SALLIE MAE, INC.,**

**Defendants.**

**Case No.: 11-AR-2651-S**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Wesley Phillips, and Defendant Sallie Mae, Inc., the remaining parties in this action, and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, stipulate to the dismissal of this action with prejudice. Plaintiff and Sallie Mae further stipulate that each and every claim is dismissed as to Sallie Mae, with prejudice, each party to bear his/her/its costs, based upon a settlement reached by the parties. An agreement has been reached satisfactory to both Plaintiff and Defendant, and the parties have agreed upon the wording of said agreement. Both Plaintiff and Defendant are in the process of having the agreement signed by the proper and respective parties. Plaintiff and Defendant request the Court to retain jurisdiction to enforce the terms of the agreed upon settlement agreement. All counsel certify that they consent to the use of their

electronic signatures hereon.

Respectfully submitted this the 9th day of July, 2012.

By: s/Matthew A. Dunaway
Matthew A. Dunaway
Attorney for Plaintiff

MATTHEW A. DUNAWAY, ESQ.
Post Office Box 531168
Birmingham, AL 35253
Telephone: (205) 705-3590
Facsimile: (866) 596-2134
matt@matthewdunaway.com

By: s/Paul Spina
Paul Spina
Attorney for Defendant Sallie Mae, Inc.

YEAROUT, SPINA & LAVELLE, P. C.
1500 Urban Center Drive, Suite 450
Birmingham, AL 35242
Telephone: (205) 298-1800
Facsimile: (205) 298-1801
pspina@ysllaw.com