FILED
2012 Jul-10 AM 11:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WESLEY PHILLIPS, | } | |
| | } | |
| Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 11-AR-2651-S |
| | } | |
| SALLIE MAE, INC., | } | |
| | } | |
| Defendant. | } | |

## ORDER

Pursuant to the joint stipulation of dismissal filed on July 9, 2012, by plaintiff and defendants, the above-entitled action is hereby DISMISSED WITH PREJUDICE. The parties shall have **fourteen (14) days** from the date of this order within which to request the substitution of a modified stipulated final judgment. The pretrial conference scheduled for today is CANCELLED.

The parties shall bear their own respective costs.

DONE this 10th day of July, 2012.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE